IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-414-LPS-CJB |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington, this 3rd day of **April, 2012.**

WHEREAS, this Order is issued upon consideration of the Report and Recommendation (D.I. 31) of Magistrate Judge Christopher J. Burke, issued on March 9, 2012, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received. Therefore,

IT IS HEREBY ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 31) is hereby ADOPTED.

2. Plaintiff's motion for summary judgment (D.I. 14) is GRANTED-IN-PART.

3. Defendant's motion for summary judgment (D.I. 18) is DENIED.

4. The Administrative Law Judge's ("ALJ") decision is VACATED and this matter is REMANDED to the ALJ for further proceedings.

_____
UNITED STATES DISTRICT JUDGE